UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
AT FAYETTEVILLE

| | | |
|---|---|---|
| RARE VALLEY RESOURCES, INC. and KERRY GLAKELER | ) ) ) | Civil Action No. 06-5081 |
| PLAINTIFFS/ COUNTERCLAIM DEFENDANTS | ) ) ) | U. S. DISTRICT COURT WESTERN DISTRICT ARKANSAS FILED |
| v. | ) ) | JAN 1 2 2007 |
| KINETIC TECHNOLOGIES, LLC | ) ) | CHRIS R. JOHNSON, CLERK |
| DEFENDANT/ COUNTERCLAIM PLAINTIFF | ) ) ) | BY _____ DEPUTY CLERK |

## AGREED ORDER OF DISMISSAL

By agreement of the parties, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that any and all claims of the Plaintiff/Counterclaim Defendants, Rare Valley Resources, Inc. and Kerry Glakeler, against the Defendant/Counterclaim Plaintiff, Kinetic Technologies, LLC, and any and all counterclaims of the Defendant/Counterclaim Plaintiff, Kinetic Technologies, LLC against the Plaintiff/Counterclaim Defendants, Rare Valley Resources, Inc. and Kerry Glakeler, are hereby dismissed as settled with prejudice, and this case is stricken from the Court's docket.

Dated this 12 day of January, 2007.

_____
JUDGE, U.S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

SEEN, AGREED TO AND APPROVED BY:

_____
D. WESTBROOK DOSS, JR.
ATTORNEY FOR PLAINTIFF

_/s/ Brad Derifield_
J. BRADFORD DERIFIELD
KATHRYN E. PLATT
ATTORNEYS FOR DEFENDANT